```
                        FILED            RECEIVED
                        ENTERED          SERVED ON
                                COUNSEL/PARTIES OF RECORD

                              AUG 0 5 2025

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA
                        BY:                     DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR ADRIAN HERNANDEZ-PADILLA,
aka "Samir Hernandez,"

Defendant.

Case No. 2:25-mj-00578-BNW

[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 18th day of August, 2025 at the hour of 4:00 p.m., be vacated and continued to 11/17/2025 at the hour of 4:00pm.

DATED this 5th day of August, 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

5