RECEIVED
FILED            SERVED ON
ENTERED    COUNSEL/PARTIES OF RECORD

AUG 05 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMIR ADRIAN HERNANDEZ-PADILLA,<br>  aka "Samir Hernandez,"<br><br>Defendant. | Case No. 2:25-mj-00578-BNW<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 5th day of August, 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE