RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Samir Adrian Hernandez-Padilla

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMIR ADRIAN HERNANDEZ-PADILLA,<br><br>    Defendant. | Case No. 2:25-mj-00578-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Samir Adrian Hernandez-Padilla, that the Preliminary Hearing currently scheduled on November 17, 2025, be vacated and continued to a date and time convenient to the Court, but to a time and date after December 17, 2025.

This Stipulation is entered into for the following reasons:

1.      Defendant has a change of plea and sentencing scheduled for December 17, 2025.

2. The change of plea and sentencing will make the need for a preliminary hearing moot. After sentencing, the parties will move to vacate the preliminary hearing.

3. Defendant is in custody and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 5th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>Clay Plummer<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00578-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| SAMIR ADRIAN HERNANDEZ-PADILLA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 17, 2025, at the hour of 4:00 p.m., be vacated and continued to December 29, 2025 at the hour of 4 : 00 p.m.

DATED this 6th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE